IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00742–EWN–MEH


ESTHER WATSON and
AHMED HAKEEM,

      Plaintiffs,

v.

PRINCIPAL RESIDENTIAL MORTGAGE CO.,
MIDAMERICA MORTGAGE CO.,
CITIMORTGAGE,
COMMONWEALTH TITLE & INSURANCE CO.,
LANDMARK BROKERS REALTY DIA,
PUBLIC REALTY,
CASTLE MEINHOLD & STAVRARSKI, LLC,

      Defendants.

---

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

      This matter is before the court on the "Order of Recommendation" filed March 3, 2006. No party has objected to the recommendation.  I have conducted the requisite *de novo* review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

      **ORDERED** as follows:

      1.  The recommendation is ACCEPTED.

      2.  Defendant Commonwealth Title & Insurance Co.'s Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (#4), Defendant CitiMortgage's Motion to

Dismiss (#7), and Defendant Castle Meinhold & Stawiarski, LLC's Motion to Dismiss, or in the

Alternative, Motion for More Definite Statement (#15) are GRANTED for lack of standing

against both Plaintiff Watson and Plaintiff Hakee, except insofar as the Motions to Dismiss

concern Plaintiffs' action against Defendant Castle Meinhold & Stawiarski, LLC, concerning

entry of the bankruptcy order authorizing the sale of Plaintiffs' house.  As to that claim, the

Motions to Dismiss are GRANTED for failure to state a claim upon which relief can be granted.

    3.   Defendants' Motions for More Definite Statement (##4, 15) are DENIED as moot.

    4.   The clerk shall forthwith enter judgment in favor of Defendants and against Plaintiffs,

dismissing all claims with prejudice.  Defendants may have their costs by filing a bill of costs

within eleven days of the date of this order.

    DATED this 14th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge